IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| Tyrone Greer ) | |
|     Plaintiff ) | A Civil Action |
| v. ) | Case No. 00C 6695 |
| Frank D. Horton, ) | |
| Paul Vallas, ) | Judge Gottschall |
| The Board of Education of the City ) | Magistrate Judge |
| Chicago, formerly known as the ) | Geraldine Soat Brown |
| Chicago School Reform Board of ) | |
| Trustees; a municipal corporation ) | |
| of the City of Chicago. ) | |
|     Defendants. ) | |

FILED DEC 19 2001 JUDGE JUAN ... UNITED STATES DISTRICT COURT

DOCKETED DEC 2 0 2001

AMENDED COMPLAINT

1. And now comes the federal Court.

2. This action is brought under the Fifth and Fourteenth Amendments of the United States Constitution concerning the Procedural Due Process Rights of the Plaintiff concerning his employment with the Board of Education of the City of Chicago ("Board") at South Shore Community Academy and the ruling on his grievance Conference held on February 19, 1998, and secondarily it is brought under 105 ILCS 5/34-84 and Board policy and practice, and 42 U.S.C. Section 1983. And judicial relief is being sought and may be granted based primarily upon the Fifth and Fourteenth Amendments of the United States Constitution and secondarily upon 105 ILCS 5/34-84, Board policy and practice, and 42 U.S.C. Section 1983.

3. This action properly lies in the Northern District of Illinois, Eastern Division, as this Complaint arises out of incidents occurring in the County of Cook in this judicial district.

4. Plaintiff Tyrone Greer ("Greer") is domiciled in Cook County, and is a citizen of the United States of America, and

the State of Illinois.

5.   The Defendant, Frank D. Horton ("Horton"), is domiciled in Cook County, and is a citizen of the United States of America, and the State of Illinois, and is being sued in his official capacity.

6.   The Defendant, Paul Vallas ("Vallas"), is domiciled in Cook County, and is a citizen of the United States of America, and the State of Illinois, and is being sued in his official capacity.

7.   The Defendant, Board of Education of the City of Chicago, principle office is located at 125 S. Clark Street, Chicago, Illinois 60603, and is a municipal corporation of the City of Chicago, and is within the jurisdiction of this Court.

## STATEMENT OF FACTS PART I
## DUE PROCESS

8.   On June 30, 1997, Frank D. Horton and the Board caused or brought about the termination of Plaintiff Greer's teaching position of 47606 at South Shore Community Academy in a manner which violated 105 ILCS 5/34-84, which gave the Plaintiff protection from having his position at South Shore terminated on that date by setting the time frame for having his position cut due to decrease in student membership or a change in subject requirements within the attendance center organization from the first day to the twentieth day of school of the first semester or on the first day of school of the second semester. By terminating Plaintiff Greer's position at South Shore Community Academy on June 30, 1997, the Plaintiff was denied his procedural due process right of having his position terminated due to a decrease in student membership within the time frame set by 105 ILCS 5/34-84 and based upon departmental seniority as is stipulated by Board policy, and that his position was terminated at South Shore Community Academy in a manner contrary to the procedural time frame guidelines set by 105 ILCS 5/34-84 concerning the termination of Greer's position at South Shore, a violation of Plaintiff Greer's Fifth Amendment

and Fourteenth Amendment Procedural due process rights and 105 ILCS 5/34-84.

## STATEMENT OF FACTS PART II
## DUE PROCESS

9. On February 19, 1998, Plaintiff Greer had a Conference held with the Office of Labor Relations concerning his Union grievance of 97-09-073cpc pursuant to Article 3-3 of the 1995-99 Agreement between the Board of Education of the City of Chicago and the Chicago Teachers Union. At that time, it was the normal policy and practice of the Board to allow a designated representative with the Office of Labor Relations to reach a decision on any conference held with the Office of Labor Relations. Whereupon, after the Conference, Chief Executive Officer, Paul Vallas, usurped the normal policy and practice of the Board discussed above and personally ruled on Plaintiff Greer's February 19, 1998 Conference in an unfair and foul manner contrary to the facts presented at the Conference - thus denying Greer his procedural due process rights of a fair and objective hearing granted to him by actual Board policy and practice and protected by the Fifth and Fourteenth Amendments of the United States Constitution.

## STATEMENT OF FACTS PART III
## DUE PROCESS

10. It was the written policy of the Board, Section 3 of the Chicago School Reform Board of Trustees Personal Policy concerning Reassignment and Layoff of Regularly Certified and Appointed Teachers due to Changes in Staffing Needs, to notify the teacher fourteen days prior to his/her position closing at an attendance center. Plaintiff Greer was given no such notification of his position closing fourteen days prior or any day or days in advance of his position closing at South Shore Community Academy on June 30, 1997, by Horton or the Board - a violation of his procedural due process right set forth by Board policy and practice and such rights protected

by the Fifth and Fourteenth Amendments of the United States Constitution concerning his procedural due process rights.

11.     Wherefore, Greer prays this Court enter judgment against the Defendant and award him the relief available to him with judicial authority primarily coming from the Fifth and Fourteenth Amendments of the U.S. Constitution and secondarily from 105 ILCS 5/34-84 and Board policy and practice, and 42 U.S.C. 1983, and grant him damages arising out of lost income, financial lost, court costs and expenses, attorney fees, mental and emotional anguish, compensatory damages, interest fees, and a complete restoration to his former position of 47606 at South Shore Community Academy, and etc.

*[signature]*

Tyrone Greer
7200 S. Euclid
Chicago, Illinois 60649
773.684.5298