AO 450(Rev. 5/85)Judgment in a Civil Case

# United States District Court
## Northern District of Illinois
### Eastern Division

Tyrone Justine Greer

**JUDGMENT IN A CIVIL CASE**

v.

Case Number: 00 C 6695

Frank D. Horton, et al

☐     Jury Verdict. This action came before the Court for a trial by jury. The issues have been tried and the jury rendered its verdict.

■     Decision by Court. This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

IT IS HEREBY ORDERED AND ADJUDGED that Defendant's motion to dismiss is granted. This case is hereby terminated.

**DOCKETED**

SEP 2 6 2002

Michael W. Dobbins, Clerk of Court

Date: 9/25/2002

Rhonda Johnson, Deputy Clerk

39