No. 02-2459, 02-2932, 02-3559                                        Page 2

CERTIFIED COPY

No. 02-3559                          Appeal from the United States
                                    District Court for the
TYRONE GREER,                       Northern District of Illinois,
            *Plaintiff-Appellant.*  Eastern Division.

        *v.*                        No. 00 C 6695               F I L E

FRANK HORTON, et. al.,              Joan B. Gottschall,         JAN 2 2 2003
            *Defendants-Appellees.* *Judge.*

                                    MICHAEL W. DOBBINS, CLE*
                                    UNITED STATES DISTRICT COU...

                            O R D E R

    On consideration of the petitions for rehearing and petitions for rehearing
*en banc* filed in the above-captioned cases, no judge in active service has requested a
vote thereon and all of the judges on the original panels have voted to deny rehearing.
Therefore, the petitions for rehearing are DENIED.

DOCKETED

JAN 2 7 2003

# United States Court of Appeals

For the Seventh Circuit
Chicago, Illinois 60604



January 14, 2003

Before

Hon. WILLIAM J. BAUER, *Circuit Judge*

Hon. RICHARD A. POSNER, *Circuit Judge*

Hon. DIANE P. WOOD, *Circuit Judge*

| | |
|---|---|
| No. 02-2459 | Appeal from the United States District Court for the Northern District of Illinois, Eastern Division. |
| TYRONE J. GREER, *Plaintiff-Appellant,* | |
| *v.* | No. 02 C 0790 |
| COUNTY OF COOK, ILLINOIS, et al., *Defendants-Appellees.* | Joan Humphrey Lefkow, *Judge.* |
| No. 02-2932 | Appeal from the United States District Court for the Northern District of Illinois, Eastern Division. |
| TYRONE J. GREER, *Plaintiff-Appellant,* | |
| *v.* | No. 01 C 7352 |
| BANK ONE, N.A., FORMERLY KNOWN AS THE FIRST NATIONAL BANK OF CHICAGO, *Defendant-Appellee.* | Wayne R. Andersen, *Judge.* |